IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KIMBERLY KENNEY**                                                **PLAINTIFF**

v.                   Case No. **4:18-cv-00882-KGB**

**THE BOARD OF TRUSTEES OF
UNIVERSITY OF ARKANSAS,**
a body of politic and corporate                             **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that judgment in favor of defendant the Board of Trustees of the University of Arkansas is entered on the claims of plaintiff Kimberly Kenney. The Court dismisses with prejudice Ms. Kenney's claims. The relief sought is denied.

So adjudged this 30th day of October, 2020.

                                                                _____
                                                                 Kristine G. Baker
                                                                 United States District Judge